ACCEPTED
03-14-00402-CR
4329083
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 11:30:08 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00402-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/2/2015 11:30:08 AM

JEFFREY D. KYLE
Clerk

_____

On Appeal from the 26th Judicial District Court of
Williamson County, Texas
Cause Number 13-0481-K26

_____

**REX ALLEN NISBETT, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF

APPEALS:

COMES NOW, Rex Allen Nisbett, Appellant herein, by and through his

attorney of record, Kristen Jernigan, and files this, his Motion for Extension of

Time. In support of said motion, Appellant would show the Court the following:

1. Appellant's brief is due in this case on March 4, 2015.

2. Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before May 3, 2015.

3. In the past thirty days, the undersigned has filed appellate briefs in the Third Court of Appeals in the following cases: *Joe Derek Carr v. The State of Texas*, No. 03-14-00234-CR; *Joe Derek Carr v. The State of Texas,* No. 03-14-00235-CR; and *Fred Robert Schneider v. The State of Texas*, No.

03-14-00189-CR. The undersigned also filed a Petition for Writ of Habeas Corpus in Cause Number 08-1623-K26, in the 26th District Court of Williamson County, Texas. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

4. The undersigned has not filed any previous motions for extension of time in this case.

5. For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on May 3, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been hand-delivered to the Williamson County District Attorney's Office, 405 Martin Luther King, Georgetown, Texas 78626, on March 2, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan